UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE BONI,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03800-JNW<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Petitioner Jolene Boni has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. No. 1, and an application to proceed in forma pauperis (“IFP”), Dkt. No. 3. Boni’s IFP application indicates that she has no savings or income as she is detained. On this record, the Court finds that Boni would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP application.

Dated this 23rd day of October, 2026.

Jamal N. Whitehead
United States District Judge